UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROBERT EPPSTEIN, | No. C 14-0731 MEJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| VICTOR CHEN, et al., | |
| Defendants. | |

On February 18, 2014, Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 15, 2014, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to file his amended complaint within twenty-eight days would result in the dismissal of this action. To date, Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: July 2, 2014

Maria-Elena James
United States Magistrate Judge